FALL 1811.  judgment, the proceedings were staid, so that no
First district.
                judgment could be obtained, and the debt became

MARR         by law, or the consent of the majority of the cre-
    vs.
LARTIGUE.    ditors, reduced in its amount, and payable out of

                a certain fund only ?

                                ATTACHMENT DISSOLVED.

                        —————✻—————

                    MURRAY vs. WINTER & HARMAN.

A *ded. pot.*      *Livingston* moved for a *dedimus protestatem*,
will   issue,
tho' the party  stating that the bill of exchange, on which the suit
cannot name  was brought, was drawn and delivered for the spe-
the  witness.
                cial purpose of taking up another, which had not
                been taken up : so that the consideration for which
                it was given had failed.   The deponent swearing
                he believed he would be able to prove, from the
                books of the original holder, the clerks of the
                bankrupt, or the bankrupt himself, if allowable,
                that the bill was endorsed to the plaintiff, after the
                bankruptcy.

                    *Alexander*, contra.   A *feeling* commission is
                never allowed.   A party shall not be put to the
                certain inconveniency of the delay which the grant-
                ing of the commission will occasion,  on the *pro-
                bable* expectation  of  his opponent being  able to
                make certain proof.   The witness must be named.
                Here we have no person named, but the bankrupt,
                and he cannot testify.

*Livingston* in reply. The defendant has set forth the fact which he intends to prove—a fact which the plaintiff has an opportunity of admitting. The defendant states the sources from which he expects to draw the evidence—the books of the original holder : if no entry appear there, suspicion will arise that the bill was delivered after the bankruptcy. The clerks of the late bankrupt are sufficiently described ; the defendant not being possessed of their names. The bankrupt-himself, if he have a discharge from his creditors, may be heard. The deponent, being at a distance from the scene of action, cannot with safety swear more positively. It would be to put his conscience to too severe a trial, to require him to swear further. The existence of sufficient grounds of belief is sufficient.

FALL 1811.<br>First district.<br><br>MURRAY<br>*vs.*<br>WINTER &<br>HARMAN.

*Ded. Pot.* ORDERED.

---

### ST. MARK vs. DELARUE.

*Seghers*, for the appellant, defendant below, moved for leave to amend his answer, by stating that the note on which the suit was brought, was obtained by fraud.

Amendment<br>suggesting<br>fraud, allow-<br>ed after plea<br>of payment.

*Paillette* for the appellee. The defendant has answered that he has paid the note ; an amendment denying the fact advanced, cannot be received.